### BACH v. THE POLICE JURY OF JEFFERSON.

APPEAL from the District Court of the First District, *Buchanan*, J.
*Durant*, for the appellant.   *Burthe*, for the defendants.

The judgment of the court was pronounced by

EUSTIS, C. J.   The matter in dispute between the parties being less than the
sum of three hundred dollars, it is ordered that the appeal be dismissed, and
that the appellant pay costs.